IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Eric A. Clampit, | Case No: 3:22-cv-01561 |
| Plaintiff, | Judge James G. Carr |
| | Magistrate Judge Jonathan Greenberg |
| v. | |
| | **Order** |
| Commissioner of Social Security, | |
| Defendant. | |

This case come before the court as an appeal from the denial of Social Security benefits. Plaintiff, Eric Clampit, filed a Complaint on September 2, 2022. Pursuant to Local Civ. R. 72.2(b) (Automatic Reference), I referred the Complaint to Magistrate Judge Jonathan Greenberg for review and the filing of a Report & Recommendation, which the Magistrate Judge filed on March 30, 2023. (Doc. 9).

In the Report & Recommendation, Magistrate Judge Greenberg recommends the case be reversed and remanded for further consideration consistent with the opinion outlined in his Report. The Magistrate Judge further duly notified the Defendant Commissioner of the deadline for filing objections. On April 11, 2023, defendant filed a Response to the Report and Recommendations, notifying the court that defendant would not be filing objections. (Doc. 10).

On *de novo* review, I find the Report & Recommendation well-taken in all respects.

Accordingly, it is hereby

**ORDERED THAT:**

1. The Magistrate Judge's Report & Recommendation (Doc. 9) be, and the same hereby is, adopted as the Order of this court;

2. The Commissioner's final decision be and the same hereby is, reversed; and

3. The case is remanded for further proceedings consistent with Magistrate Judge Greenberg's opinion.

   **So ordered.**

/s/ James G. Carr<br>Sr. U.S. District Judge